IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01522-GPG

(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KENNETH WIGGINS,

    Petitioner,

v.

BRAD HOOKS,

    Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

    Petitioner, Kenneth Wiggins, is incarcerated in a Georgia state prison.  Mr. Wiggins filed a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Southern District of Georgia challenging a detainer lodged by the State of Colorado.  The Petition was transferred to this Court on July 17, 2015.  A challenge to a state detainer normally is filed pursuant to 28 U.S.C. § 2241.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.  Petitioner will be directed to cure the following if he wishes to pursue his claims.  Any papers that Petitioner files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>  X  </u>   is not submitted
(2)   <u>    </u>   is missing affidavit
(3)   <u>    </u>   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   <u>X</u>   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner

(7)   ___   is not on proper form (must use the court's current form):
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   <u>X</u>   other: <u>§ 1915 Motion and Affidavit is necessary only if $5.00 filing fee is not paid in advance</u>.

**Complaint, Petition or Application**:

(10)   ___   is not submitted
(11)   <u>X</u>   is not on proper form (must use the court's current form)
(12)   ___   is missing an original signature by the prisoner
(13)   ___   is missing page nos. ___
(14)   ___   uses et al. instead of listing all parties in caption
(15)   ___   names in caption do not match names in text
(16)   ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   ___   other:

Accordingly, it is

      ORDERED that the Mr. Wiggins cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

      FURTHER ORDERED that the Clerk of the Court shall mail to Petitioner copies of the court-approved forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, along with the applicable instructions. It is

      FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the Petition and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED: July 21, 2015, at Denver, Colorado.

BY THE COURT:


 s/ Gordon P. Gallagher
United States Magistrate Judge